```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**MELVIN WAYNE HUNTER BARNETT**                                           PLAINTIFF

        v.                    Civil No. 11-5047

**SHERIFF KEITH FERGUSON; CAPTAIN
HUNTER PETRAY; CAPTAIN ROB HOLLY;
NURSE MARSHA SMITH; NURSE GAIL
HARTGRAVES; and DR. JOHN HUSKINS**                                       DEFENDANTS

### O R D E R

Now on this 16th day of August, 2012, come on for consideration defendants' **Motion To Dismiss** (document #20) and the **Report And Recommendation Of The Magistrate Judge** (document #24), to which no objections have been made. The Court has carefully reviewed said Report And Recommendation, and finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion To Dismiss** (document #20) is **granted**, and this matter is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that this matter is **remanded** to the Magistrate Judge for further proceedings with regard to defendants' **Motion For Attorney Fees And Costs** (document #28).

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE